OPINION — AG — **** COUNTY PARKING **** PURSUANT TO 19 O.S. 1971 1 [19-1](2), A COUNTY MAY PURCHASE LAND FOR THE PURPOSE OF COUNTY PARKING FOR THE USE OF THE COUNTY, OR FOR USE INCIDENTAL TO COUNTY PURPOSES, AND THAT SUCH PURCHASE MUST BE PREDICATED UPON A DETERMINATION THAT ADDITIONAL PARKING IS NECESSARY FOR COUNTY OFFICIALS AND THE GENERAL PUBLIC WHEN THEY HAVE BUSINESS AT THE COUNTY COURTHOUSE. CITE: 19 O.S. 1971 941 [19-941], 19 O.S. 1971 1 [19-1] (HAROLD B. MCMILLIAN, JR.)